266 So.2d 443

**Marion Elaine HALL, et al.**

**v.**

**U. S. FIDELITY AND GUARANTY COMPANY et al.**

No. 52744.

Sept. 27, 1972.

Writ denied. Under the facts found by the Court of Appeal, we cannot say the result is incorrect.

266 So.2d 443

**SEWERAGE AND WATER BOARD OF NEW ORLEANS**

**v.**

**Jack SANDERS, d/b/a Laguna Construction Company, et al.**

No. 52746.

Sept. 27, 1972.

Writ refused. The judgment is not final.